

**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

April 18, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-25

t 212.503.0669
f 212.307.5598
JMHarras@Venable.com

**VIA ELECTRONIC FILING**

Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Durso, et al. v. Hope Community, Inc.*
      **Case No.: 1:25-cv-0666 (LAK) (BCM)**

Dear Judge Kaplan:

This firm represents Defendant in the above-referenced action. Defendant, writing jointly with Plaintiffs, submits this letter to inform the Court that the parties have settled this action in principle.

The parties are actively drafting a written settlement agreement. They anticipate executing this settlement agreement and filing a stipulation of dismissal with the Court on or before May 5, 2025. Accordingly, the parties respectfully request that the Court adjourn all deadlines, including Defendant's answer deadline of April 21, 2025 (ECF Doc. No. 15), until May 5, 2025 to facilitate the execution of a settlement agreement and the voluntary dismissal of this action. If the parties are unable to consummate the settlement agreement and file a stipulation of dismissal within that time period, the parties respectfully request that the Court permit the parties to file a status report either seeking additional time to finalize settlement or requesting a new deadline for Defendant to file an answer.

All parties consent to this request to adjourn all deadlines for 15 days pending the filing of a stipulation of dismissal or a status report on or before May 5, 2025.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *John M. Harras*

John M. Harras

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 5/27/25, if the settlement is not consummated by then.

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.

4/24/25